ZUPANCIC, CTY. AUDITOR, ET AL., APPELLANTS,
*v.* TRACY, TAX COMMR., APPELLEE.

[Cite as *Zupancic v. Tracy* (1994), 68 Ohio St.3d 334.]

(Nos. 93–632 and 93–633—Submitted January 12, 1994—Decided February 16, 1994.)

*Steven C. LaTourette,* Lake County Prosecuting Attorney, and *William L. Sheroke,* Assistant Prosecuting Attorney, for appellants.

*Lee I. Fisher,* Attorney General and *Richard C. Farrin,* Assistant Attorney General, for appellee.

The decisions of the Board of Tax Appeals are affirmed on the authority of *Makowski v. Limbach* (1992), 62 Ohio St.3d 412, 583 N.E.2d 1302.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.